

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
AUGUST 6, 2024 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:24-CR-00125
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

LARRY JOE CHAPMAN

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

1. On or about March 28, 2024, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant LARRY JOE CHAPMAN did knowingly possess a firearm, that is a Smith & Wesson, M & P BODYGUARD, .380 caliber pistol, in and affecting interstate commerce.

2. At the time defendant LARRY JOE CHAPMAN possessed the aforesaid firearm, he knew he had been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is:

   a. Convicted on or about February 5, 2018, in the Circuit Court
      of Kanawha County, West Virginia, of the felony offense of

    breaking and entering a building other than a dwelling, in violation of W.Va. Code Section 61-3-12; and,

b. Convicted on or about November 8, 2013, in the Circuit Court of Kanawha County, West Virginia, of the felony offense of conspiracy to operate and attempt to operate a clandestine drug laboratory for the purpose of manufacturing methamphetamine, in violation of W.Va. Code Sections 61-10-31, 60A-4-411 and 60A-4-401.

    In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

                          WILLIAM S. THOMPSON
                          United States Attorney

By: _____
        SAMUEL D. MARSH
        Assistant United States Attorney